# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA M. KELLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF MITCHELL N. KAY, P.C.,<br><br>  Defendant. | CASE NO. 13cv629-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 20] |

  Presently before the Court is the parties' joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Doc. No. 20. Upon due consideration, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** the action **with prejudice**; each party to bear its own fees and costs. The Court declines Plaintiff's request to retain jurisdiction to enforce the terms of the parties' private settlement.

  As this order resolves all remaining issues in this action, the Clerk of Court is instructed to terminate this case.

  **IT IS SO ORDERED**.

DATED: May 21, 2014

*/s/ Michael M. Anello*
Hon. Michael M. Anello
United States District Judge